**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

_____
                                      )
**KIMBERLY PEPPER HOCTOR,**       )
                                      )
                 **Plaintiff,**    )
**v.**                                      )   **Civil Action No.: 3:08-cv-584**
                                      )
**EDUCATIONAL CREDIT MANAGEMENT**  )
**CORPORATION, d/b/a ECMC**         )
                                      )
                 **Defendant.**   )
_____)

**MOTIONS OF PLAINTIFF (1) FOR RECONSIDERATION OF
ECMC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
AND (2) FOR LEAVE TO AMEND COMPLAINT**

COMES NOW Plaintiff Kimberly Pepper Hoctor, by counsel, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and moves this Court for reconsideration of ECMC's Motion to Dismiss for Failure to State a Claim, and upon reconsideration, for an order withdrawing the November 17, 2008 judgment of dismissal with prejudice and substituting in its place an order denying the motion to dismiss.

The grounds asserted for the foregoing motion is that the judgment of dismissal was clearly erroneous for the following reasons: (1) consistent with the allegations of the Complaint, Plaintiff can prove a set of facts in support of her claim entitling her to relief, (2) the Court improperly considered matters outside of the Complaint in ruling on the motion to dismiss, (3) the Court erred in finding that, in collecting Plaintiff's defaulted student loans, ECMC was acting in its capacity as a "guaranty agency" under the FFEL program, (4) the Court erred in finding that the collection activity of ECMC is "incidental" and not "central" to any fiduciary obligation of ECMC to the United States, and (5) the Court erred in finding that, in collecting Plaintiff's defaulted student loans, ECMC was acting as a "creditor" collecting its own debt.

Alternatively, and again pursuant to Rule 59(e), Plaintiff moves this Court to alter or amend the November 17, 2008 judgment of dismissal with prejudice by changing the dismissal to one "without prejudice" and to grant leave for Plaintiff to amend the Complaint, as is generally her right to do once prior to the filing of a responsive pleading, under Rule 15(a) of the Federal Rules of Civil Procedure.

Plaintiff's Memorandum in Support of the foregoing motions is submitted herewith.

Respectfully submitted,

KIMBERLY PEPPER HOCTOR,

Dated: December 1, 2008           By:     /s/ William L. Downing
                                                Of Counsel


William L. Downing, VSB # 17704
Attorney for Plaintiff, Kimberly Pepper Hoctor
The Consumer and Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax:   (757) 873-8375
Email: cnorthlaw@aol.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

_____
                                                                )
**KIMBERLY PEPPER HOCTOR,**          )
                                                                )
                **Plaintiff,**              )
                                                                )
**v.**                                                        )   Civil Action No.:  3:08-cv-584
                                                                )
**EDUCATIONAL CREDIT MANAGEMENT**   )
**CORPORATION, d/b/a ECMC**         )
                                                                )
                **Defendant.**            )
_____   )

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        **Joanna Lee Faust**
        joanna.faust@leclairryan.com

        **Megan S. Ben'Ary**
        megan.benary@leclairryan.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user.

        Curtis Zaun
        Educational Credit Management Corp.
        101 East Fifth Street, Suite 200
        St. Paul MN 55101

          /s/ William L. Downng
        William L. Downing, VSB # 17704
        Attorney for Plaintiff, Kimberly Pepper Hoctor
        The Consumer & Employee Rights Law Firm, P.C.
        751-A Thimble Shoals Boulevard
        Newport News, Virginia 23606
        Phone: (757) 873-1010
        Fax:   (757) 873-8375
        Email: cnorthlaw@aol.com